UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER WILLIAMS						:
9111 Banleigh Lane					:
District Heights, MD 20747				:
								:
					Plaintiff,			:
								:
v.								:
								:
WASHINGTON METROPOLITAN			:
 AREA TRANSIT AUTHORITY			:	Case No. _____
600 Fifth Street, N.W.					:
Washington, D.C.  20001				:
								:
	and							:
								:
AMALGAMATED TRANSIT UNION		:
 LOCAL 689						:
2701 Whitney Place					:
Forrestville, MD 20747				:
								:
					Defendants.		:

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Maryland:

1. On or about March 16, 2015, Plaintiff filed this action in the Superior Court of the District of Columbia in the case titled <u>Roger Williams v. WMATA & Amalgamated Transit Union Local 689</u>, No. 2015 CA 001694 B.

2. WMATA was served on April 2, 2015.  Upon information and belief, Local 689 was served on or about March 25, 2015.

3. The Summons addressed to WMATA, Complaint, Initial Order and Addendum, and Local 689's Motion to Dismiss accompany this Notice.  These documents constitute the only process, pleadings, or orders served by or upon WMATA in this case.

4. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01(81) which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Counsel for Co-Defendant ATU Local 689 (Mr. Connolly) has advised that Local 689 consents to the removal of this action.

WHEREFORE, WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/ Gerard J. Stief
Gerard J. Stief #925933
Chief Counsel—Appeals & Special Litigation
600 Fifth Street, N.W.
Washington, DC 20001
202-962-1463
202-962-2550 (fax)
gstief@wmata.com
Attorney for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed first class postage prepaid, this 20th day of April, 2015 to:

Billy L. Ponds
The Ponds Law Firm
1250 24th Street, N.W.
Suite 300
Washington, D.C. 20007
Attorney for Plaintiff

and

Douglas Taylor
Brian Connolly
Gromfine, Taylor & Tyler
1420 King Street
Suite 500
Alexandria, VA 22314
Attorney for ATU Local 689

/s/ Gerard J. Stief
Gerard J. Stief