# UNITED STATES DISTRICT COURT

for the

District of Columbia

Roger Williams
*Plaintiff*
v.
WMATA and Local 689, ATU
*Defendant*

Case No. 1:15-cv-00596-TSC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Local 689, Amalgamated Transit Union .

Date: 10/08/2015

Brian Connolly
*Attorney's signature*

Brian Connolly 1010429
*Printed name and bar number*

Gromfine, Taylor, and Tyler P.C.
1420 King Street
Suite 500
Alexandria, VA 22314
*Address*

bconnolly@lbgt.com
*E-mail address*

(703) 683-7780
*Telephone number*

(703) 683-8616
*FAX number*